IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELVIN O'NEIL GOREE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| | : | NO. 19-3260 |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 26th day of October, 2020, following upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. 8), Defendant's Response to Request for Review (Doc. 13), and Plaintiff's Brief in Reply to Defendant's Response to Plaintiff's Request for Review (Doc. 14), and for the reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiff's request for review is **DENIED** and the final decision of the Commissioner denying disability benefits is **AFFIRMED**. The Clerk of Court is shall to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE